NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

IN RE: ENTRESTO (SACUBITRIL/VALSARTAN)

-------------------------------------------------

**NOVARTIS PHARMACEUTICALS CORPORATION,**
*Plaintiff-Appellant*

v.

**TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD.**
*Defendants*

-------------------------------------------------

**NOVARTIS PHARMACEUTICALS CORPORATION,**
*Plaintiff-Appellant*

v.

**ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC PHARMACEUTICALS INC.,**
*Defendants*

-------------------------------------------------

**NOVARTIS PHARMACEUTICALS CORPORATION,**
*Plaintiff-Appellant*

v.

**MSN PHARMACEUTICALS, INC., MSN LABORATORIES PRIVATE LTD., MSN LIFE**

**SCIENCES PRIVATE LTD.,**
*Defendants-Appellees*

**HETERO USA, INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT-III,**
*Defendants*

_____

2023-2218, 2023-2220, 2023-2221
_____

Appeals from the United States District Court for the District of Delaware in Nos. 1:19-cv-01979-RGA, 1:19-cv-02021-RGA, 1:19-cv-02053-RGA, 1:19-cv-02053-RGA, 1:20-md-02930-RGA, Judge Richard G. Andrews.
_____

**ON MOTION**
_____

Before LOURIE, PROST, and REYNA, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Novartis Pharmaceuticals Corporations moves for the court to immediately issue the mandate in the above-captioned appeal and requests expedited treatment of the motion. MSN Laboratories Private Ltd., MSN Life Sciences Private Ltd. and MSN Pharmaceuticals, Inc. responds and Novartis replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

January 14, 2025
Date

Jarrett B. Perlow
Clerk of Court