NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re ENTRESTO (SACUBITRIL/VALSARTAN)**

---

**NOVARTIS PHARMACEUTICALS CORPORATION,**
*Plaintiff-Appellant*

**v.**

**TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD.**
*Defendants*

---

**NOVARTIS PHARMACEUTICALS CORPORATION,**
*Plaintiff-Appellant*

**v.**

**ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC PHARMACEUTICALS INC.,**
*Defendants*

---

**NOVARTIS PHARMACEUTICALS CORPORATION,**
*Plaintiff-Appellant*

**v.**

Case: 23-2218   Document: 120   Page: 2   Filed: 01/16/2025

2　　NOVARTIS PHARMACEUTICALS CORPORATION v.
　　　　　　　　　　　　　　　TORRENT PHARMA INC.

**MSN PHARMACEUTICALS, INC., MSN LABORATORIES PRIVATE LTD., MSN LIFE SCIENCES PRIVATE LTD.,**
*Defendants-Appellees*

**HETERO USA, INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT-III,**
*Defendants*

---

2023-2218, 2023-2220, 2023-2221

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:19-cv-01979-RGA, 1:19-cv-02021-RGA, 1:19-cv-02053-RGA, 1:19-cv-02053-RGA, and 1:20-md-02930-RGA, Judge Richard G. Andrews.

---

## ON MOTION AND PETITION

---

Before LOURIE, PROST, and REYNA, *Circuit Judges.*

PER CURIAM.

## CORRECTED ORDER

Upon consideration of Novartis Pharmaceuticals Corporation's submission of ECF No. 115,

NOVARTIS PHARMACEUTICALS CORPORATION v. TORRENT PHARMA INC.                     3

IT IS ORDERED THAT:

Any response to ECF No. 115 is due no later than Friday, January 17, 2025, at 3:00 p.m. Eastern Time.

FOR THE COURT

January 16, 2025
Date

Jarrett B. Perlow
Clerk of Court