

**Ronald M. Daignault***
917-838-9795
rdaignault@daignaultiyer.com

8229 Boone Boulevard
Suite 450, Vienna, VA 22182
*Not admitted in Virginia*

March 26, 2025

<u>Via ECF</u>

James B. Perlow
Circuit Executive and Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

    Re:    ***Novartis Pharmaceuticals Corporation v. Torrent Pharma Inc.***
             **Appeal No. 23-2218 – Potential Stay of the Court's Mandate**

Dear Mr. Perlow:

    We represent Appellees MSN Laboratories Private Ltd., MSN Life Sciences Private Ltd. and MSN Pharmaceuticals, Inc. (collectively "MSN") in the above-identified Appeal.

    Please be informed that MSN is considering its option regarding a potential motion under Fed. R. App. P. 41(d) to stay issuance of the mandate pending the filing of a petition for a writ of certiorari in the U.S. Supreme Court. Accordingly, MSN respectfully requests that the Court not issue the mandate until the expiry of the full seven-day period permitted under the rules.

                                           Respectfully submitted,

                                           <u>*/s/ Ronald M. Daignault*</u>
                                           Ronald M. Daignault